FILED:  July 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1760
(3:25-cv-00749-KDB-DCK)

_____

LYNETTE MCCORKLE-TURNER

       Plaintiff - Appellant

v.

CHARLOTTE MECKLENBURG SCHOOL SYSTEM, CMS

       Defendant - Appellee

_____

O R D E R

_____

The court denies leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk